IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TAX LIABILITIES OF:<br><br>JOHN DOES, United States taxpayers, who during any part of the period January 1, 2005, through December 31, 2010, transferred real property in the State of California for little or no consideration subject to California Propositions 58 or 193, which information is in the possession of the State of California Board of Equalization (BOE), sent to BOE by the 58 California counties pursuant to Propositions 58 and 193. | Civil No.<br><br>**[PROPOSED] ORDER FOR LEAVE TO SERVE JOHN DOE SUMMONS** |

This matter is before the Court upon the United States' *Ex Parte* Petition for Leave to Serve a "John Doe" Summons. Based upon a review of the Petition and supporting documents, the Court has determined that the "John Doe" Summons to the State of California Board of Equalization relates to the investigation of an ascertainable group or class of persons, that there is a reasonable basis for believing that such group or class of persons may fail or may have failed to comply with any provision of the internal revenue law, and that the information sought to be obtained from the examination of records or testimony (and the identities of the persons with respect to whose liability the summons is issued) are not readily available from other sources. It is therefore–

**ORDERED AND ADJUDGED** that the Internal Revenue Service, through Josephine Bonaffini (the Federal/State Coordinator for the IRS Estate and Gift Tax Program) or any other authorized officer or agent, may serve an Internal Revenue Service "John Doe" Summons upon the State of California Board of Equalization in substantially the form as attached as Exhibit A to the Declaration of Josephine Bonaffini. A copy of this Order shall be served together with the summons.

**IT IS SO ORDERED**.

Dated this _____ day of _____, 2010.

_____
United States District Judge