1   BENJAMIN B. WAGNER
    United States Attorney
2
    ADAIR BOROUGHS
3   Trial Attorney, Tax Division
    U.S. Department of Justice
4   P.O. Box 683, Ben Franklin Station
    Washington, D.C.  20044-0683
5   Telephone:    (202) 305-7546
    E-mail:        adair.f.boroughs@usdoj.gov
6
    Attorneys for the United States of America
7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                     EASTERN DISTRICT OF CALIFORNIA
9
10  IN THE MATTER OF THE TAX            )
    LIABILITIES OF:                      )   Civil No.
                                         )
11  JOHN DOES, United States taxpayers, who   )   **NOTICE OF FILING *EX PARTE***
    during any part of the period January 1,   )   **PETITION FOR LEAVE TO SERVE**
12  2005, through December 31, 2010, transferred   )   **"JOHN DOE" SUMMONS**
    real property in the State of California for   )
13  little or no consideration subject to California   )
    Propositions 58 or 193, which information is   )
14  in the possession of the State of California   )
    Board of Equalization (BOE), sent to BOE   )
15  by the 58 California counties pursuant to   )
    Propositions 58 and 193.            )
16
17
            The United States of America notifies the Court that it has commenced this *ex parte*
18
    proceeding pursuant to Section 7609(f) of the Internal Revenue Code (26 U.S.C.), for leave to
19
    serve an Internal Revenue Service "John Doe" summons upon the State of California Board of
20
    Equalization.  Pursuant to 26 U.S.C. § 7609(h), the determination to be made by the Court "shall
21
    be made *ex parte* and shall be made solely on the petition and supporting affidavits."  Thus, the
22
    pleadings filed in this proceeding will not be served upon any person or entity and no other
23
    filings are permitted from other persons or entities.  Accordingly, this matter is ripe for the
24
    Court's consideration.
25
    //
26
    //
27
    //
28

1    The United States requests that the Court review the Petition and supporting documents

2   and enter the Proposed Order at the Court's earliest opportunity.

3

4    DATED this 27th day of December, 2010.

5                                                        BENJAMIN B. WAGNER
                                                         United States Attorney
6
                                              By:     /s/ Adair F. Boroughs
7                                                     ADAIR BOROUGHS
                                                      Trial Attorney, Tax Division
8                                                     U.S. Department of Justice
                                                      P.O. Box 683
9                                                     Washington, D.C. 20044
                                                      Telephone: (202) 305-7546
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    - 2 -                          PETITION